AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Latonya A. Thompson<br>*Plaintiff*<br>v.<br>Michael J. Astrue, Commissioner of Social Security<br>*Defendant* | Civil Action No.   0:09-CV-01913-TLW-PJG |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus postjudgment interest at the rate of _____%, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other:   The decision of Michael J. Astrue, Commissioner of Social Security, is reversed pursuant to sentence four of 42 U.S.C. § 405(g) and this case is remanded to the Commissioner for further administrative action.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ Decided by the Honorable Terry L. Wooten, United States District Judge, who adopted the Report and Recommendation of the Honorable Paige J. Gossett, United States Magistrate Judge; reversing the Commissioner's decision pursuant to sentence four of 42 U.S.C. § 405(g) and remanding to the Commissioner for further administrative action.

Date:   March   15, 2011                                           *CLERK OF COURT*

                                                                    s/Caitlin M. Williams

                                                                    *Signature of Clerk or Deputy Clerk*